*Allen* for petitioner. *Messrs. Clyde A. Douglass* and *Robert N. Simms* for respondent.

No. 638. ERIE R. Co. *v.* DIDSBURY. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George S. Hobart* for petitioner. *Messrs. Thomas G. Haight* and *John A. Hartpence* for respondent.

No. 640. DULION *v.* S. A. LYNCH ENTERPRISE FINANCE CORP. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Winfield P. Jones* for petitioner. *Mr. Robert C. Alston* for respondent.

No. 641. CRANDALL *v.* HABBE, SHERIFF. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George T. Buckingham* for petitioner. *Messrs. Ashby M. Warren* and *John D. Welman* for respondent.

No. 648. WOLFE *v.* PRUDENTIAL INSURANCE Co. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Ralph F. Lozier* for petitioner. *Messrs. Henry I. Eager* and *Charles M. Blackmar* for respondent.

No. 651. CORKER *v.* HOWARD, RECEIVER. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Blair Fos-*

*ter* for petitioner.   No appearance for respondent.

No. 653. BANKERS UTILITIES CO., INC., ET AL. *v.* NATIONAL BANK SUPPLY CO., INC., ET AL.   February 23, 1932.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Roy L. Daily* for petitioners.   *Messrs. C. P. Goepel, Charles E. Townsend,* and *Wm. A. Loftus* for respondents.

No. 662.  SMITH-HAMBURG SCOTT WELDING CO. ET AL. *v.* BICKELL ET AL.   February 23, 1932.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Charles H. Wilson* for petitioners.   *Messrs. Dean S. Edmonds* and *Wm. H. Davis* for respondents.

No. 663. HURT ET AL. *v.* NEW YORK LIFE INS. CO.   February 23, 1932.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   *Mr. Austin M. Cowan* for petitioners.   *Messrs. Charles M. Blackmar, Henry I. Eager, Richard E. Bird,* and *Louis H. Cooke* for respondent.

No. 597. CHETKOVICH *v.* UNITED STATES.   February 29, 1932.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. John A. Shelton* for petitioner.   *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Claude R. Branch, W. Clifton Stone,* and *Wm. H. Riley, Jr.,* for the United States.